USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David W. Fiore, Pro Se,                          :
      Plaintiff,                              :      11Civ. 2264 (RJS)(DCF)

                              :

v.                                               :      **DECLARATION OF**
                                **David W. Fiore**

                              :

VICTOR MANUEL MEDINA, ET AL.   :      **FTCA REMEDY**
      Defendants.                                   **COMPLETION**

                              :

I, David W. Fiore, declare the following to be true and correct:

1.  I was in custody of the Federal Bureau of Prison for over 8 (eight) years, as an Inmate starting in March of 2001, through and up to my release of December 2009.

2.  That I have learned the inmate's process (rules) for filing and completing the Administrative Tort Claim ("SF-95s") pursuant to the Federal Tort Claims Act, "Title 28 C.F.R. Subpart – C Federal Tort Claims Act, §543.30 through §543.32."

3.  On March 12, 2011, I submitted a Tort Claim to the Defendant SADOWSKI at the NERO, for 1,000,250.00 (one-million, two–hundred, fifty dollars and no cents) by certified United States Postal Service No. 70100780000131350291, see copy of Tort claim attached hereto as **Exhibit 1**.

4.  On March 14, 2011, Defendant, SADOWSKI received my tort claim. See copy of confirmation attached hereto as **Exhibit 2**.

5.  On May 9, 2011, Defendant, SADOWSKI denied my Tort Claim, No. TRT-NER-2011-03115, and stated;

    (i)    "According to Title 28, United States Code, Section 2401(b), 'A tort claim against the United States <u>shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues</u> or unless action is begun within six months after the date of mailing by certified or registered mail, or notice of final denial of the claim by the agency to which it was presented.'"

      (ii)    See **Exhibit 3**, with copy of denial letter, copy of envelope denial letter arrived in, and USPS Track & Confirm proof that I did in fact accept this denial letter on May 13. 2011 in Providence RI, at 1:41pm.

6.  On May 13, 2011 I mailed a response to Defendant, SADOWSKI by USPS Certified No. 70103090000002501123, with a copy of the Denial letter, stating:

      (i)    "I am so glad to see that you continue to present false facts when dealing with inmates and prior inmate's filings to deny their claims. Thank you for the evidence you have provided that only proves further misconduct by you personally."

      (ii)    The denial letter by SADOWSKI is fraudulent and I specifically point this out to him; "In this statement you specifically underline the two year limitation on the claim; therefore, I will perceive this as your basis for denial. However, your agency received this claim On March 14, 2011, approximately one (1) month before the two (2) year limitation would apply. The actual date of the claim starts on May 6, 2009, which clearly falls within the time limitation of the United States Code, Section 2401(b), quoted by your denial letter." See **Exhibit 4**.

      (iii)    Defendant SADOWSKI received this response On May 16, 2011, at 10:58am; see copy of Track & Confirm attached hereto as **Exhibit 4**.

7.  With this Declaration and proof of documented evidence I have now been able to prove Defendant SADOWSKI knowingly and intentionally, has and continues to deprive this former inmate of due process and equal protection by obfuscation; misdirection and not addressing the factual issues within a correctly filed Tort Claim to the appropriate Regional Office.

8.  Defendant SADOWSKI has manipulated the Government's Data System that does not reflect the filed tort claim, which *invalidates* KENNETH BORK'S Declaration, wherein states;

      (i)    "4. Although I have conducted an exhaustive search of all relevant MCC files and consulted the various Bureau of Prisons' Regional Offices' computerized tort claim database where additional SF-95s would have been located, these BOP files did not include any additional SF-95s filed by Plaintiff."

9.  Defendant SADOWSKI has withheld this documentation in the hopes that this Plaintiff would not be able to defend the Government's Motion to Dismiss requesting and ORDER dismissing the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

10. That I have numerous filing in my possession to the Defendant SADOWSKI of Administrative Remedies that will show SADOWSKI'S pattern of intentional misconduct and negligence to properly address these remedies.

I, declare, under penalty of perjury, pursuant to 28 USC §1746 that the foregoing is true and correct to best of my knowledge, belief and supported by documented evidence.

David W Fiore, Pro Se
P.O. Box 3251-09
Providence, RI 02909
(401) 261-6983

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>Henry J. Sadowski NERO Counsel<br>US Customs House - 7th Fl.<br>2nd & Chestnut Street<br>Philadelphia PA. 19106 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>David W. Fiore  Pro Se<br>P.O. Box 9251-09<br>Prov. RI  02909 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>11-20-1966 | 5. MARITAL STATUS<br>Divorced | 6. DATE AND DAY OF ACCIDENT<br>May 6 2009 | 7. TIME (A.M. OR P.M.)<br>5:00 PM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) I have suffered an injury (monetary) due to FBOP staff (Central/NERO/Otisville) for negligence concerning Incident Report No.1865757. I lost property upon my illegal placement into SHU. Staff agreed to expunge IR No 1865757 upon my signing a waiver of Claim for the missing property. The property was not found I was given $30 confiscated tuna and told the IR would be expunged, it was not and now cost of litigation damages.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
SAME

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.) NEVER found.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Due to Staff negligence I have had to pay cost of litigation in order to address this negligence concerning IR No 1865757 false accusations.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| N/A | N/A |

12. (See instructions on reverse.) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE<br>$250.00 | 12b. PERSONAL INJURY<br>1,000,000.00 | 12c. WRONGFUL DEATH<br>N/A | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>1,000,250.00 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>D W Fiore | 13b. Phone number of person signing form<br>401 261 6983 | 14. DATE OF SIGNATURE<br>3-12-2011 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

NSN 7540-00-634-4046                  STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

7010 0780 0001 3135 0291

## INSURANCE COVERAGE

at subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

you carry accident insurance? ☒ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

*Medicare Government.        SSDI insurance        N/A*
*Medicaide State*

**16.** Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

*NO*

**17.** If deductible, state amount.

*N/A*

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

*N/A*

**19.** Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530.

SF 95    BACK



 UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7010 0780 0001 3135 0291
Class: First-Class Mail®
Status: Delivered

Your item was delivered at 12:02 pm on March 14, 2011 in
PHILADELPHIA, PA 19106. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)      ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                11/12/2011

3



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Northeast Regional Office*

*VIA CERTIFIED MAIL/RETURN RECEIPT*

*U.S. Custom House*
*2nd & Chestnut Streets - 7ʰ Floor*
*Philadelphia, PA. 19106*

May 9, 2011

David Fiore
Reg. No. 02530-049
P. O. Box 2251-09
Providence, RI   02909

Re:   Administrative Tort Claim Received March 14, 2011
      Claim No. TRT-NER-2011-03115

Dear Mr. Fiore:

This office is in receipt of your administrative tort claim
wherein you seek to be compensated in the amount of
$1,000,250.00 for an alleged personal injury you suffered at FCI
Otisville on or about May 6, 2009.

After careful review of this claim, your claim is being denied,
because you have failed to submit your administrative claim
within the time restrictions contained in the applicable
statutes and federal regulations.

According to Title 28, United States Code, Section 2401(b), "A
tort claim against the United States shall be forever barred
unless it is presented in writing to the appropriate Federal
agency within two years after such claim accrues or unless
action is begun within six months after the date of mailing by
certified or registered mail, or notice of final denial of the
claim by the agency to which it was presented."

Sincerely,

Henry J. Sadowski
Regional Counsel

cc:  Terry Billingsley, Warden, FCI Otisville



U.S. Department of Justice
Federal Bureau of Prisons
*Northeast Regional Office*

*U.S. Custom House - 7th Floor*
*2nd and Chestnut Streets*
*Philadelphia, PA 19106*

Official Business

CERTIFIED MAIL

7008 3230 0001 8271 5090

3251-09
5-12-11

correct Unit

MAILED FROM ZIP CODE 19106

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7008 3230 0001 8271 5090
**Status: Delivered**

Your item was delivered at 1:41 pm on May 13, 2011 in PROVIDENCE, RI 02909. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >  (?)     Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

4

David W Fiore
P.O. Box 3251-09
Providence RI 02909

May 13, 2011

HENRY J. SADOWSKI      7010 3090 0000 0250 1123
NERO Counsel
US Customs House – 7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

RE:  **TRT-NER-2011-03115**

Dear Mr., SADOWSKI:

I am so glad to see that you continue to present false facts when dealing with inmates and prior
inmate's filings to deny their claims. Thank you for the evidence you have provided that only
proves further misconduct by you personally.

The administrative claim TRT-NER-2011-03115 you received March 14, 2011, see attached
copy of your certified mailing dated May 9, 2011, states:

> According to Title 28, United States Code Section 2401(b), A tort claim against the
> United States *shall be forever barred unless it is presented in writing to the appropriate
> Federal agency within two years after such claim accrues* or unless action is begun
> within six months after the date of mailing by certified or registered mail, or notice of
> final denial of the claim by the agency to which it was presented.

In this statement you specifically under line the two year limitation on a claim; therefore, I will
perceive this as you basis for the denial. However, your agency received this claim on March 14,
2011, approximately one (1) month before the two (2) year limitation would apply. The actual
date of the claim starts on May 6, 2009, which clearly falls within the time limitation of the
United States Code, Section 2401(b), quoted in your denial letter.

Again, you have failed to perform your fiduciary duty as a servant of the public trust.

Sincerely,

David W. Fiore
401.261.6983

File: 70103090000002501123

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0110 |
| Certified Fee | | $2.85 | 07 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.29 | 05/13/2011 |

Sent To: Henry J. Sadowski
Street, Apt. No.; or PO Box No.: Customhouse 7th fl 2nd & Chestnut St
City, State, ZIP+4: Philadelphia PA 19106

PS Form 3800, August 2006          See Reverse for Instructions

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

Reg. No. 02530-049
P. O. Box 2251-09
Providence, RI   02909

Re:  Administrative Tort Claim Received March 14, 2011
     Claim No. TRT-NER-2011-03115

Dear Mr. Fiore:

This office is in receipt of your administrative tort claim wherein you seek to be compensated in the amount of $1,000,250.00 for an alleged personal injury you suffered at FCI Otisville on or about May 6, 2009.

After careful review of this claim, your claim is being denied, because you have failed to submit your administrative claim within the time restrictions contained in the applicable statutes and federal regulations.

According to Title 28, United States Code, Section 2401(b), "A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing by certified or registered mail, or notice of final denial of the claim by the agency to which it was presented."

Sincerely,

Henry J. Sadowski
Regional Counsel

cc:  Terry Billingsley, Warden, FCI Otisville

**UNITED STATES POSTAL SERVICE**®

**Track & Confirm**          **FAQs**

# Track & Confirm

**Search Results**

Label/Receipt Number: **7010 3090 0000 0250 1123**
**Class: First-Class Mail**®
**Status: Delivered**

Your item was delivered at 10:58 am on May 16, 2011 in PHILADELPHIA, PA 19106. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details >   (?)       Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
## *Pro Se* Office

**To:** The Honorable _Richard J. Sullivan_

**From:** _J. Hodges_, *Pro Se* Clerk, x0177

**Date:** _12/20/11_

**Re:** _Fiore v. Victor Manuel Medina, et al_, No. _11_ Civ. _2264_ (*RJS*)

  The attached document, which was received by this Office on _12/19/11_, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

( )  No original signature.

(X)  No affirmation of service/proof of service.

( )  The request is in the form of a letter.

( )  Other:_____

_____

**RECEIVED SEP 2 2012 PRO SE OFFICE**

(X) **ACCEPT FOR FILING**          ( ) **RETURN TO *PRO SE* LITIGANT**

_____
United States District Judge

**Comments:**
_____
_____
_____
_____

_____
United States Magistrate Judge

Dated: _9/22/12_